UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

USA

       Plaintiff,

      v.                     No. 3:07-mj-119

Evereth Lopez-Garcia aka
Fanor Lopez- Garcia aka
Eloy Villanueva-Lopez aka
Heber Alberto Lopez-Garcia
aka Everch Lopez-Garcia

       Defendant.

**CLERK'S MINUTES OF PROCEEDINGS Initial Appearance on Criminal Complaint**

| | |
|---|---|
| The Hon. Karen K Klein | Date: Friday, Dec. 7, 2007 |
| Fargo, North Dakota | Time: 4:50pm |
| Court Reporter: Kelly Kroke | |
| | Recess: 5:00pm |
| Interpreter: L.S. | Law Clerk: Nancy Morris |
| | Clerk: JoAnn Ordahl |
| | USPO: Donna Urff |

Appearances:  AUSA Chris Myers for Nick Chase
                Attorney Rick Henderson FPD

Defendant was arrested by Border Patrol;
Interpreter has read the charges in Spanish prior to the hearing;
Court advises the defendant of his rights and right to counsel;
Court explains to the defendant the Grand Jury process and formal charges called an Indictment;
Defendant has a right to a preliminary hearing within 10 days from today or you can give up that right to a preliminary hearing.
Defendant is advised he can give up his right to the Grand Jury process and proceed on the Government's document;
Government moves for detention based on risk of flight and danger to community;
Pretrial services has not interviewed defendant;
Detention hearing set for Tuesday, December 11, 2007 at 3:30pm;
Court explains to the defendant he must remain in jail pending the detention/preliminary hearing;
Order of Temporary Detention will be entered;